United States District Court
Southern District of Texas
**ENTERED**
November 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MERCY BARIGOM ZIGAKOL, TDCJ #01278614, Petitioner, | § § § § | |
| VS. | § § | CIVIL ACTION NO. H-23-04317 |
| BOBBY LUMPKIN, Respondent. | § § § § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Order of Dismissal, this case is **DISMISSED** without prejudice as a successive petition.

A certificate of appealability is **DENIED.**

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this ___27th___ day of November 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE